## STATE OF CONNECTICUT *v.* BRENT MCCALL

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 161 (AC 18073), is dismissed.

NORCOTT and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Michael T. Wade,* in support of the petition.

*Denise B. Smoker,* assistant state's attorney, in opposition.

Decided October 31, 2001

## STATE OF CONNECTICUT *v.* BRENT MCCALL

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 161 (AC 18073), is denied.

NORCOTT and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Michael T. Wade,* in support of the petition.

Decided October 31, 2001

## STATE OF CONNECTICUT *v.* PATRICIA STERN

The defendant's petition for certification for appeal from the Appellate Court, 65 Conn. App. 634 (AC 20664), is denied.

*Peter R. Stark,* in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided October 31, 2001